UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



WESTERN BULK CARRIERS KS,

                    Plaintiff,

-v-

CENTAURI SHIPPING LTD.,

                    Defendant.

No. 11 Civ. 5952 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of an e-mail message from Plaintiff, dated October 27, 2011, requesting adjournment of the conference scheduled for October 28, 2011 so that Plaintiff's counsel may confer further with his client regarding how to proceed in this matter. Accordingly, IT IS HEREBY ORDERED THAT the initial conference, currently scheduled for October 28, 2011, is adjourned without date. Plaintiff shall submit a letter no later than November 4, 2011 advising the Court as to whether it intends to voluntarily dismiss this action without prejudice or proceed with its motion for issuance of a letter rogatory.

SO ORDERED.

Dated:      October 27, 2011
               New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE