**MEMO ENDORSED**



Katherine E. Caulfield
*Admitted in CT & FL*

Kevin J. Lennon
*Admitted in CT & NY*

Patrick F. Lennon
*Admitted in CT & NY*

Tracy Wheeler Lennon
*Admitted in CT*

Anne C. LeVasseur
*Admitted in CT & NY*

Charles E. Murphy
*Admitted in CT, NY & MA*

Neil P. Phillips
*Admitted in CT, NY & DC*

Nancy R. Siegel
*Admitted in CT & NY*

Lennon Murphy
Caulfield & Phillips
ATTORNEYS AT LAW

Tide Mill Landing
2425 Post Road, Suite 302
Southport, CT 06890
(203) 256-8600 - Phone
(203) 255-5700 - Phone
(203) 256-8615 - Fax
(203) 257-5702 - Fax

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 - Phone
(212) 490-6070 - Fax
www.lmcplegal.com

November 5, 2011

<u>*Via Email: sullivannysdchambers@nysd.uscourts.gov*</u>
Hon. Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 615
New York, NY 10007

USDS ...
DOC...
EL...
DO...
DATE ...  11/8/11

Re:   *Western Bulk Carriers KS v. Centauri Shipping Ltd.*
      Case no.:    11 Civ 5952 (RJS)
      LMCP ref.:   1132

Dear Judge Sullivan:

We represent the Plaintiff, Western Bulk Carriers KS ("WBC"), in the above-captioned matter. Pursuant to the Court's Order dated October 27, 2011, we write to advise that WBC prefers not to voluntarily dismiss this action. Thus, we will proceed with filing a motion for issuance of a letter rogatory and would propose, with the Court's indulgence, to file such motion by not later than November 18, 2011.

Finally, this letter was intended to be emailed to chambers last evening, and we apologize that it was not and also for any inconvenience that may have been caused by our having failed to do so.

Respectfully submitted,

Patrick F. Lennon

PFL/bhs

SO ORDERED
11/7/11
RICHARD J. SULLIVAN
U.S.D.J.